**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| FULAN YANG, | No. 12-70840 |
| Petitioner, | Agency No. A098-466-735 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 19, 2013[**]

Before:     CANBY, TROTT, and THOMAS, Circuit Judges.

Fulan Yang, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing her appeal from an immigration judge's

("IJ") decision denying her application for asylum, withholding of removal, and

relief under the Convention Against Torture ("CAT").  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).  Thus, we reject Yang's
request for oral argument.

8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act, *Shrestha v. Holder*, 590 F.3d 1034, 1039 (9th Cir. 2010), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on both the discrepancy between Yang's testimony and visa application related to her alleged detention, and on the discrepancy between her testimony and other evidence in the record regarding her alleged employment termination.  *See Shrestha*, 590 F.3d at 1046-47.  The agency reasonably rejected Yang's explanations for the inconsistencies.  *See Rivera v. Mukasey*, 508 F.3d 1271, 1275 (9th Cir. 2007).  Further, Yang does not challenge the IJ's negative demeanor finding.  In the absence of credible testimony, Yang's asylum and withholding of removal claims fail.  *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

Finally, Yang's CAT claim also fails because it is based on the same testimony found to be not credible, and she does not point to any other evidence that shows it is more likely than not she would be tortured if returned to China. *See id.* at 1156-57.

**PETITION FOR REVIEW DENIED.**